May 25, 1978. Appeal dismissed for failure to comply with Entry Order of April 17, 1978, requiring that transcript be ordered or statement filed that no transcript is necessary within 30 days.

The Motion for Enlargement of Time to file appellant's brief, being moot, is denied.

**Catherine L. COGGIO v. Arthur A. COGGIO, No. 353-75**

June 6, 1978. The record in this case not demonstrating, in the absence of findings, an abuse of discretion below as a matter of law in the application of 15 V.S.A. § 754, or a result unsupportable on its face justifying remand under *Cleary* v. *Cleary*, 134 Vt. 181, 353 A.2d 334 (1976), the decree is affirmed. *LaFarr* v. *LaFarr*, 132 Vt. 191, 315 A.2d 235 (1974).

**Laurent J. LEMAY v. Juliet LEMAY, No. 174-76**

June 6, 1978. The record in this case not demonstrating, in the absence of findings, an abuse of discretion below as a matter of law in the application of 15 V.S.A. § 754, or a result unsupportable on its face justifying remand under *Cleary* v. *Cleary*, 134 Vt. 181, 353 A.2d 334 (1976), the decree is affirmed. *LaFarr* v. *LaFarr*, 132 Vt. 191, 315 A.2d 235 (1974).

**Daniel E. PROVOST v. Frederick BITTNER, No. 148-76**

June 7, 1978. Motion to Remand for New Trial denied.

**Jack ARONSON v. Nancy Sue ARONSON, No. 205-77**

June 7, 1978. It being conceded on argument that there is no issue raised on appeal as to the dissolution of the marriage, that portion of the decree dissolving the same is affirmed. Motion to dismiss appeal denied. Appellant to file printed case and brief by June 16, 1978, or appeal dismissed.

**Elsa MORISSETTE v. Paul MORISSETTE, No. 70-78**

June 7, 1978. Appellant's Motion to Reargue denied.

**Robert E. and Joan JOHNSON v. Rodney and Barbara KELLEY, No. 68-78**

June 9, 1978. Motion to Stay Judgment pending appeal to the Supreme Court of the United States, Motion for Restoring Appeal to the Calendar and Petition for Rehearing, and Motion for Suspension of Rules denied.

**William H. NEDDE, Jr. v. Michael FOLSOM, No. 151-77**

June 14, 1978. Appeal dismissed. V.R.A.P. 10(b)(1).